■ In the Matter of LA MASQUERADE RESTAURANT INC., Doing Business as LA MASQUERADE AND LA NEVE NOUVELLE, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the State Liquor Authority, dated August 1, 1988, which, after a hearing, canceled the petitioner's hotel liquor license and ordered a $1,000 bond forfeiture.

Adjudged that the determination is confirmed and the petition is dismissed on the merits, with costs.

There is substantial evidence in the record to support the

State Liquor Authority's determination that the petitioner's establishment was not being operated as a "hotel" (Alcoholic Beverage Control Law § 3 [14]; *Matter of Best v New York State Liq. Auth.,* 59 NY2d 906, *revg* 89 AD2d 893; *Matter of Popper's Delicacies v State Liq. Auth.,* 98 AD2d 601). Moreover, in light of all the circumstances, the cancellation of the petitioner's hotel liquor license and the forfeiture of its bond was not a penalty so disproportionate to the offense as to be shocking to one's sense of fairness *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222). Mangano, J. P., Thompson, Bracken and Eiber, JJ., concur.